### LICHTENSTEIN *et al. v.* HIGHTOWER.

CANDLER, J.  The order of the court of which complaint is made preserved every substantial right of the plaintiffs under their contract with the defendant ; the evidence was conflicting, and there was no abuse of discretion in refusing to grant the injunction prayed.

*Judgment affirmed.    All the Justices concur.*

Submitted June 14, — Decided July 12, 1904.

Petition for injunction.    Before Judge Lewis.    Laurens superior court.    March 7, 1904.

*Sanders & Davis*, for plaintiff.
*John M. Stubbs* and *S. B. Baker*, for defendant.